In the Matter of the Claim of ELIZABETH M. LYONS, on Behalf of Herself and Another, an Infant, Respondent, against U. S. O. CAMP SHOWS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Claimant's decedent was employed as a manager and entertainer by the U. S. O. Camp Shows, Inc. He met his death in the same accident in which Miss Scott was

injured and an award made at this term (*post*, p. 862). His injuries were received in the course of his employment. (*Matter of Lepow* v. *Lepow Knitting Mills*, 288 N. Y. 377.) Award affirmed, with costs to the Workmen's Compensation Board. Hill, P. J., Heffernan, Brewster and Foster, JJ., concur; Deyo, J., dissents.